## VEIL BROS. v. UNITED STATES.

### (Circuit Court, S. D. New York. January 29, 1904.)

### No. 3,174.

1. CUSTOMS DUTIES—CLASSIFICATION—JEWELRY—LEATHER WATCH GUARDS.

Leather watch guards, mounted with cheap miniature bits, stirrups, etc., intended to be worn by horsemen, are not "articles commonly known as jewelry," as provided for in paragraph 434, Tariff Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 192 [U. S. Comp. St. 1901, p. 1676], but are dutiable as manufactures of leather, under paragraph 450 of said act, c. 11, § 1, Schedule N, 30 Stat. 193 [U. S. Comp. St. 1901, p. 1678].

On application by Veil Bros., importers, to review a decision of the Board of General Appraisers which affirmed the assessment of duty by the Collector of Customs at the port of New York. Note G. A. 4,646.

Howard T. Walden, for appellants.
Charles D. Baker, Asst. U. S. Atty.

WHEELER, District Judge. The tariff law of July 24, 1897, c. 11, § 1, Schedule N, par. 434, 30 Stat. 192 [U. S. Comp. St. 1901, p. 1676], provides for a duty on "articles commonly known as jewelry and parts thereof, finished or unfinished, not specially provided for," of 60 per cent. ad valorem; and by paragraph 450, Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 193 [U. S. Comp. St. 1901, p. 1678], on "manufactures of leather, or of which it is a component material of chief value," of 35 per cent. ad valorem. These articles in question are leather watch guards mounted with cheap iron bits, spring loops, and stirrups in imitation of harness, bridle, and saddlery materials, and worn by horsemen. They have been assessed for duty as jewelry, under paragraph 434, at 60 per cent., against a protest claiming them to be dutiable under paragraph 450, as a manufacture of leather, or of which leather is the component material of chief value, at 35 per cent. ad valorem. These articles do not appear to be commonly known as jewelry, although they are used for some of the same purposes for which jewelry is used. They are not dealt in by jewelers, but more by dealers in leather goods. Paragraph 434 does not apply to jewelry generally, but to articles commonly known as jewelry, which do not appear to include these. Apparently they should have been assessed at 35 per cent. under paragraph 450.

Decision reversed.